

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-77,367-06

### EX PARTE CESAR RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20080D00906-243-5 IN THE 243RD DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and was sentenced to thirty-five years' imprisonment. The Eighth Court of Appeals reformed his conviction and affirmed it as reformed. *Rodriguez v. State,* 08-08-00223-CR (Tex. App.—El Paso, May 28, 2010). This is Applicant's fifth habeas application challenging this conviction. His most recent application was dismissed pursuant to Tex. Code Crim. Pro. Art. 11.07 §4 on January 21, 2015.

Applicant's claim concerning his 2016 parole review is denied. *Ex parte Geiken,* 28 S.W.3d 553, 560 (Tex. Crim. App. 2000). His claims concerning the validity of his conviction and sentence

are dismissed pursuant to Tex. Code Crim. Pro. Art. 11.07 §4.  Accordingly, this application is

denied in part and dismissed in part.

Filed: October 9, 2019
Do not publish